UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN MARIN, | CASE NO. C26-0149-KKE |
| Plaintiff(s), | ORDER FOR SERVICE OF PROCESS UPDATE |
| v. | |
| T-MOBILE USA INC., | |
| Defendant(s). | |

In February 2026, the Court ordered the United States Marshal to serve the summons and complaint on Defendant in this case and ordered the United States Marshal to file proof of service once completed. Dkt. No. 8. No such proof has been filed since. The United States Marshal is therefore ORDERED to, no later than July 9, 2026, either file proof of service or file a notice to the docket that briefly explains the attempt(s) made to effect service, and reason(s) why service was unable to be completed.

Dated this 9th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER FOR SERVICE OF PROCESS UPDATE - 1