UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN MARIN,<br><br>Plaintiff(s),<br>v.<br><br>T-MOBILE USA INC.,<br><br>Defendant(s). | CASE NO. C26-0149-KKE<br><br>ORDER GRANTING MOTION FOR UPDATE |

In February 2026, the Court ordered the United States Marshal to serve the summons and complaint on Defendant in this case and ordered the United States Marshal to file proof of service once completed. Dkt. No. 8. No such proof was filed, and on June 9, 2026, the Court ordered the United States Marshal to, no later than July 9, 2026, either file proof of service or file a notice to the docket that briefly explains the attempt(s) made to effect service, and reason(s) why service was unable to be completed. Dkt. No. 9. Plaintiff requested a similar update on June 15, 2026. Dkt. No. 10.

The United States Marshal has not responded to the Court's order. The Court thus GRANTS Plaintiff's motion for a status update (Dkt. No. 10) and in response again ORDERS the United States Marshal to, no later than September 4, 2026, either file proof of service or file a notice to the docket that briefly explains the attempt(s) made to effect service, and reason(s) why

service was unable to be completed.

Dated this 24th day of August, 2026.

Kymberly K. Evanson
United States District Judge